JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THUY THANH ALONZO, | CV 21-7818 PA (JEMx) |
|---|---|
| Plaintiffs, | JUDGMENT |
| v. | |
| IPP-STORES, LLC | |
| Defendants. | |

Pursuant to the Court's December 3, 2021 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 3, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE